UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                                     Case No.  2:18-cr-147

**Bilal A. El Yousseph**

COURTROOM   MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | July 20, 2018 at 1:30 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Peter Glenn-Applegate |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | |
| INTERPRETER: | | PRETRIAL/PROBATION: | Shelly Singleterry |

Initial Appearance

-Dft advised of rights, penalties, and charges
-Dft completed a CJA financial affidavit; Counsel to be appointed
-Government requests detention
-Detention hearing set for July 24, 2018 at 11:30 AM
-Dft remanded