UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES,**
        **Plaintiff,**

**-v-**                                                            Case No.  2-18-CR-147
                                                                     Judge Graham

**BILAL A. EL YOUSSEPH,**
        **Defendant.**

## DEFENSE COUNSEL'S MOTION TO WITHDRAW
## AND FOR APPOINTMENT OF COUNSEL UNDER
## CRIMINAL JUSTICE ACT

      Undersigned counsel respectfully requests that the Court issue an order terminating him as counsel of record for Defendant, Bilal A. El Yousseph, and appointing new counsel under the Criminal Justice Act to handle his case in the district court, for the reasons set forth in the accompanying memorandum.

                                                      s/Joseph R. Landusky

                                                      _____
                                                      Joseph R. Landusky (0038073)
                                                      901 South High Street
                                                      Columbus, Ohio  43206
                                                      (614) 449-0449
                                                      Joelandusky@aol.com
                                                      Attorney for Bilal A. El Yousseph

## MEMORANDUM

      Counsel was retained by Mr. El Yousseph to defend him concerning the charges in the instant action. At that time,  Mr. El-Yousseph provided counsel with a portion of the agreed

retainer. That partial retainer has been exhausted. Mr. El Yousseph is not able to pay any further on the retainer agreed upon by the parties. Mr. El Yousseph is now indigent and has filed an affidavit of indigency (Doc.9). It is respectfully requested that the Court issue an Order terminating Joseph R. Landusky as counsel of record for Defendant, Bilal El Yousseph, and appoint counsel under the Criminal Justice Act to handle his case in the district court on his behalf.

Respectfully submitted,

s/Joseph R. Landusky

_____
Joseph R. Landusky (0038073)
901 South High Street
Columbus, Ohio 43206
(614) 449-0449
Joelandusky@aol.com
Attorney for Bilal El

## CERTIFICATE OF SERVICE

This motion was served on opposing counsel using the Court's CM/ECF system this 22nd day of August 2018; Defendant Bilal El Yousseph was served by regular U.S. mail service, postage pre-paid this 22nd day of August 2018 to FCCII, 2460 Jackson Pike, Columbus, Ohio 43223.

s/Joseph R. Landusky

_____
Joseph R. Landusky