**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 2:18-CR-00147 |
| BILAL EL YOUSSEPH, | : | Judge James L. Graham |
| Defendant. | : | |
| | : | |

## REQUEST OF DEFENDANT BILAL EL YOUSSEPH FOR NOTICE OF INTENTION TO USE EVIDENCE

Defendant Bilal El Yousseph, by and through counsel, hereby requests notice pursuant to Rule 12 (d) (2) F.R.Cr.P. of the Government's intention to use in its case in chief at trial any evidence which the Defendant may be entitled to discover under Rule 16, in order to afford the Defendant an opportunity to move to suppress evidence under Subdivision (B) (3) of Rule 12 F.R.Cr.P.

Respectfully submitted,

/s/ Andrew Sanderson_____
Andrew Sanderson, #0066327
Attorney for the Defendant
BURKETT & SANDERSON, Inc.
73 North Sixth Street
Newark, Ohio 43055
(740) 345-0417
(740) 345-6677 – Fax

1

## **CERTIFICATE OF SERVICE**

    I hereby certify a copy of the foregoing was duly served upon the Office of the United States Attorney, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215, by electronic transmission on this 30th day of August, 2018.

                                            /s/ Andrew Sanderson_____
                                            Andrew Sanderson, #0066327
                                            Attorney for Defendant