IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                         Case No. 2:18-cr-147

Bilal A. El-Yousseph

<u>OPINION AND ORDER</u>

    By order dated January 21, the court dismissed defendant's motion and supplemental motion for compassionate release without prejudice for failure to exhaust administrative remedies. (Doc. 63). Defendant has now submitted a supplemental motion to which he attached a copy of his September 15, 2020, request to the warden for compassionate release. Doc. 64. Defense counsel shall have until February 8, 2021, to file any additional memorandum or evidence. The government shall have until February 19, 2021, to file any additional response.

Date: January 29, 2021                  <u>      s/James L. Graham      </u>
                                                      James L. Graham
                                                      United States District Judge